1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer          #0270
2  Jen J. Sarafina           #9679
   3000 W. Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel: (702) 259-8640
4  Fax: (702) 259-8646

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10 LESTER SALZ,                    )   Case No. 2:13-CV-01749-JCM-CWH
                                   )
11                  Plaintiff,     )   **STIPULATION TO DISMISS WITH**
                                   )   **PREJUDICE**
12 vs.                             )
                                   )
13 BOYD GAMING CORPORATION,        )
                                   )
14                  Defendant.     )
                                   )
15 _____)

16
       Pursuant to 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through
17
   their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed
18
   in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs, except as
19
   otherwise agreed.
20
   / / /
21
   / / /
22
   / / /
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27

28

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 14 day of November, 2013.

| | |
|---|---|
| LAW OFFICES OF DANIEL MARKS | KAMER ZUCKER ABBOTT |
| By: _____ | By: _____ |
| Daniel Marks           #2003 | Gregory J. Kamer       #0270 |
| Nicole M. Young        #12659 | Jen J. Sarafina        #9679 |
| 530 South Las Vegas Boulevard | 3000 West Charleston Boulevard, Suite 3 |
| Suite 300 | Las Vegas, Nevada 89102 |
| Las Vegas, Nevada 89101 | Tel: (702) 259-8640 |
| Tel: (702) 386-0536 | Fax: (702) 259-8646 |
| Fax: (702) 386-6812 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |

**ORDER**

**IT IS SO ORDERED.**

DATE: January 8, 2014

_____
UNITED STATES DISTRICT COURT JUDGE