KAMER ZUCKER ABBOTT
Gregory J. Kamer          #0270
Jen J. Sarafina           #9679
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESTER SALZ, | Case No. 2:13-CV-01749-JCM-CWH |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| BOYD GAMING CORPORATION, | |
| Defendant. | |

Pursuant to 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 14 day of November, 2013.

| LAW OFFICES OF DANIEL MARKS | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Daniel Marks | By: /s/ Gregory J. Kamer |
| Daniel Marks           #2003 | Gregory J. Kamer       #0270 |
| Nicole M. Young        #12659 | Jen J. Sarafina         #9679 |
| 530 South Las Vegas Boulevard | 3000 West Charleston Boulevard, Suite 3 |
| Suite 300 | Las Vegas, Nevada 89102 |
| Las Vegas, Nevada 89101 | Tel: (702) 259-8640 |
| Tel: (702) 386-0536 | Fax: (702) 259-8646 |
| Fax: (702) 386-6812 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |

**ORDER**

**IT IS SO ORDERED.**

DATE: January 8, 2014

/s/ James C. Mahan
UNITED STATES DISTRICT COURT JUDGE